# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | MICHAEL OSBORN & SUZANNE COPPOLA |
| **Case Number:** | 2:09-bk-10437-SSC    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 13, 2009 01:30 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK

**R / M #:** 12 / 0

## Appearances:

LEONARD J. MCDONALD, ATTORNEY FOR WELLS FARGO BANK

## Proceedings:

Mr. McDonald states that this matter has been resolved.

COURT: THE COURT NOTES THAT THIS MATTER IS RESOLVED AND WILL AWAIT A STIPULATION AND ORDER.